# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Patricia Wheeler

v.

Georgetown University Hospital

**Case No:** 14-7108

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

Patricia Wheeler

**Names of Parties**                                      **Names of Parties**

### Counsel Information

**Lead Counsel:** Donna Williams Rucker

Direct Phone: (202) 349-9830   Fax: (202) 355-1399   Email: drucker@ruckerlawpc.com

**2nd Counsel:**

Direct Phone: (   )   -   Fax: (   )   -   Email:

**3rd Counsel:**

Direct Phone: (   )   -   Fax: (   )   -   Email:

**Firm Name:** Rucker & Associates, P.C.

**Firm Address:** 888 Sixteenth Street, N.W., Suite 800, Washington, DC 20006

**Firm Phone:** (202) 349-9830   Fax: (202) 355-1399   Email: drucker@ruckerlawpc.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)